# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PENNYMAC HOME LOAN SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ERIC THOMAS MESI,<br><br>Defendant. | Case No. 2:20-cv-00709-KJD-DJA<br><br>**ORDER** |

This matter is before the Court on Defendant Eric Thomas Mesi's Second Motion/Application for Leave to Proceed *in forma pauperis* (ECF No. 13), filed on June 18, 2020 and Notice of Joinders (ECF Nos. 9-12), filed on June 12-18, 2020.

The Court has issued a report and recommendation that this case be dismissed without prejudice to Plaintiff seeking relief in state court as it lacks subject matter jurisdiction and that his first application to proceed *in forma pauperis* (ECF No. 1) be denied as moot. (ECF NO. 3). That report and recommendation remains pending before the District Judge. Mesi has now filed a second application to proceed *in forma pauperis*, which the Court will deny without prejudice. He is instructed not to file new applications until an order has been issued on this first application.

Further, Mesi appears to have filed four joinders on behalf of other parties. As he is not authorized to file joinders on behalf of other parties, much less add parties via notice of joinders, the Court will strike these filings as improper.

IT IS THEREFORE ORDERED that Defendant Eric Thomas Mesi's Second Motion/Application for Leave to Proceed *in forma pauperis* (ECF No. 13) is denied without prejudice.

1 |      IT IS FURTHER ORDERED that the Clerk of the Court shall strike the Notices filed as
2 | ECF Nos. 9-12.
3 |      DATED: June 23, 2020.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE